WOOD & SELICK, INC., Respondent, v. LAMPORT & HOLT, LTD., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

JULIA WORTH, Appellant, v. EBINGER BAKING COMPANY, INC., Respondent.— Judgment dismissing complaint reversed upon the law and the facts and a new trial granted, costs to appellant to abide the event. In our opinion, under the circumstances related by plaintiff, the placing of soapy water on the floor with a mop at the spot where plaintiff was just about to cross, raised a question of fact for the jury on the negligence of the defendant, which is the only question presented on this appeal. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

NICOLA ABBATE, Respondent, v. MORRIS ENGELBARDT, Appellant.— Application granted.

PETER S. BOORNAZIAN, Respondent, v. NERSES BEDROSIAN, Appellant.— Application denied, with ten dollars costs.

MUNICIPAL BANK, Respondent, v. NORTH RIVER INSURANCE COMPANY OF THE CITY OF NEW YORK, Appellant.— Application denied, with ten dollars costs.

MAX TANNENBAUM, Respondent, v. MORRIS A. EDELMAN, Appellant.— Application denied, with ten dollars costs.

In the Matter of the Petition of the BROOKLYN BAR ASSOCIATION and the QUEENS COUNTY BAR ASSOCIATION for an Inquiry by the Court into Certain Abuses and Illegal and Improper Practices Alleged in the Petition.— The designation of Mortimer W. Byers, Meier Steinbrink and Harold M. Kennedy, counselors at law, by the Brooklyn Bar Association, is approved by the presiding justice, and the presiding justice accordingly appoints said Mortimer W. Byers, Meier Steinbrink and Harold M. Kennedy to prosecute in this court the disciplinary proceedings to be taken against the attorneys named in the second intermediate report of Mr. Justice Leander B. Faber. Order signed.

In the Matter of the Petition of the BROOKLYN BAR ASSOCIATION and the QUEENS COUNTY BAR ASSOCIATION for an Inquiry by the Court into Certain Abuses and Illegal and Improper Practices Alleged in the Petition.— The designation of William J. Morris, Jr., and Charles S. Colden, counselors at law, by the Queens County Bar Association, is approved by the presiding justice, and the presiding justice accordingly appoints said William J. Morris, Jr., and Charles S. Colden to prosecute in this court the disciplinary proceedings to be taken against the attorneys named in the second intermediate report of Mr. Justice Leander B. Faber. Order signed.

In the Matter of the Application of ROBERT H. MOLITOR for Admission to the Bar. (From the State of South Dakota.) — Application granted. Present — Lazansky, P. J., Young, Seeger, Carswell and Scudder, JJ.

BALTIMORE TRUST COMPANY, Respondent, v. AMELIA SAVARESE and Others, Appellants.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Seeger, Carswell and Scudder, JJ.

FRANK J. BROWN, Respondent, v. HARRY L. GREENBAUM, Appellant.— Motion to expunge portion of case on appeal denied without prejudice to respondent's applying to the justice who tried the case for an order resettling the case on appeal. Present — Lazansky, P. J., Young, Seeger, Carswell and Scudder, JJ.